NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHRISTOPHER D. WARD, DOC #979923, )
)
      Appellant, )
)
v. )    Case No. 2D18-1778
)
STATE OF FLORIDA, )
)
      Appellee. )
_____ )

Opinion filed March 15, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Lee County; Ramiro Manalich, Judge.

Christopher D. Ward, pro se.


PER CURIAM.

      Affirmed.


VILLANTI, SLEET, and SALARIO, JJ., Concur.